UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF DELLA SHIELDS, et al., )
                 Plaintiffs, )
) No. 1:20-cv-238
-v- )
) Honorable Paul L. Maloney
WESTFIELD INSTANCE COMPANY )
                 Defendant. )
)

## JUDGMENT

In accordance with the order entered on this date (ECF No. 52), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: July 7, 2021                                  /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge